MINUTE ENTRY
GUIDRY, G.G..
July 30, 2019
**JS10 – 0:06**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENDELL TYLER AND JAMES JACKSON | CIVIL ACTION |
| VERSUS | NO.  18-5364 |
| CURTIS RIOPELLE, ET AL | SECTION "T" (4) |

## ATTORNEY APPOINTMENT HEARING

**COURTROOM DEPUTY:** Dedra D. Pongracz/Dean Oser
**COURT REPORTER:**    Jodi Simcox

**APPEARANCES:**        Plaintiffs not present
                        Eric Winder Sella and Gerard J. Dragna for the Defendants

Court begins at 1:30 p.m.
Plaintiffs not present
Representatives on behalf of Plaintiffs did not appear
Dismissal granted
Defendants to provide an Order of Dismissal
Court adjourned at 1:36 p.m.