## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KENDELL TYLER AND JAMES JACKSON** | * | **CIVIL ACTION NO. 2018-5364** |
| | * | |
| **VERSUS** | * | **JUDGE GREG G. GUIDRY** |
| | * | |
| **CURTIS RIOPELLE, EMPIRE EXPRESS, INC.** | * | **MAGISTRATE JUDGE KAREN** |
| **CHEROKEE INSURANCE COMPANY** | * | **WELLS ROBY** |
| | * | |
| | * | **JURY DEMAND** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL

Considering the oral motion of Defendants, Curtis Riopelle, Empire Express, Inc., and Cherokee Insurance Company, to dismiss the claims of Plaintiffs, Kendell Tyler and James Jackson, with prejudice pursuant to Fed. R. Civ. P. Rule 16(f) and Fed. R. Civ. P. Rule 37(b)(2)(A)(v), submitted in open court on August 1, 2019;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiffs, Kendell Tyler and James Jackson, in the above-entitled and numbered cause against all Defendants be, and the same are, hereby DISMISSED WITH PREJUDICE, each Party to bear their own costs.

New Orleans, Louisiana, this ___5th___ day of ___August___, 2019

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF LOUISIANA**